83,088-01

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

In re Atwater                           §

    In the ⌁392nd    District    §
Court Henderson County, Texas                    _____
Case No.B-21,012,013,128          §        Court of Appeals #

REQUEST FOR WRIT OF MANDAMUS

**This document contains some pages that are of poor quality at the time of imaging.**

COMES NOW pro se petitioner Warren Chester Atwater IV who moves
this Honorable Appellate Court for a mandamus.  A motion for an
out-of-time appeal was filed with Honorable Judge Tarrance Carter
in the above said Henderson County, Texas cases.' It appears the
District Court refuses to make a ruling to either grant or deny
said motion.  Petitioner has no other means of relief and asks
this Court for mandamus jurisdiction to be exercised and a ruling
to be made upon his pending motion.  The evidence shows that pe-
titioner's plea of guilty was not voluntarily given and several
instances of jurisdictional error have also been pointed out.
(please incorporate by reference all filings to include motion
for out-of-time appeal, memorandum in support of motions and
petitioner affadavit of indigence and request for free statement
of facts)  Also included was a grievance filed while in the Hen-
derson County, Texas jail showing bad acts and a reply showing
a deputy lost his job. The grievance clearly states and peti-
tioner said his life was in danger.  Petitioner's counsel was
made aware as was the District Attorney.  Petitioner also has
injuries resulting from the last use of force by said county
leaving him disfigured and permanently injured.  see exhibits
A and B.
Petitioner requests that mandamus issue to allow a ruling made
on his out-of-time appeal(with appointment of counsel), and
also that the ruling be reviewed by this Appellate Court to en-
sure that the decesion is in line with the law and all Texas Code
Codes.

Respectfully submitted,

Warren Chester Atwater IV
James V. Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 01 2015
Abel Acosta, Clerk

UNSWORN DECLARATION

"I declare under penalty of perjury that the foregoing is both true and correct."

Warren Chester Atwater IV

To: ATWATER, Warren

From: Cpt. Starkey

Date: 7-19-14

Subject: Attached grievance

You previously filed 2 complaints regarding this issue. Corporal Strong was the officer that informed the officers in question where you were housed. He is no longer employed.

Once again, your concerns have been relayed to the Henderson Count District Attorney's Office. They will be in contact with the Texas Rangers regarding this issue. They will also be in contact with your attorney to attempt to get a statement from you.

Captain Starkey

**SUBJECT:** *State briefly the problem on which you desire assistance.*

36024

ment: I,

- UPON ME ENTERING TDCJ I TOLD MEDICAL STA~~ ~~UT THE MAJOR USE OF FORCE AGAINST ME IN HENDERSON COUNTY ~~ I NEVER COULD GET PROPER MEDICAL ASISTANCE, NOR RELIEF FOR THE PAIN AND DAMAGE'S~~ CAUSED TOO ME WHILE ~~XXXXX~~ HOUSED IN THIS COUNTY. TDCJ X-RAYED ME AND GAVE ME THE PROPER CARE AND ~~XX~~ MEDICAL RESTRICTION'S THAT ~~I'M NEEDING CAUSE OF THE ASSUALT AND USE OF FORCE AGAINST ME~~ IN HENDERSON COUNTY JAIL. ALL THESE DAMAGE'S WERE CAUSED IN MY RIGHT KNEE. COULD YOU PLEASE ~~XXXXX~~ PLACE ALL MY CURRENT RESTRI-~~CTION'G ON THIS I-60 SO I'LL HAVE THEM?~~

THANK YOU VERY MUCH

cc: filed 03/16/15

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

WARREN C. ATWATER IV
#1936024

3/16/15

**Name:** WARREN C ATWATER      **No:** 193~~~~      **Unit:** ALLRED

**Living Quarters:** 3-A-25-BOTTOM      **Work Assign~~~~:** /S MEDICAL SQ 01

**DISPOSITION:** (Inmate will not write in this space)

low bunk / ground floor
no lifting > 30 lbs
no climbing

no temp xtreme

03-16-15A08:31 RCVD

I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Medical Records Dept. DATE: 3/16/15

*(Name and title of official)*

ADDRESS: Allred

3